CHARLES JOHNSON
(Name)

P.O. Box 5101
(Address)

DELANO CALIF 93216
(City, State, Zip)

H54577
(CDC Inmate No.)

ORIGINAL

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ✓ Pro Se

FILED
2008 JUL 11 PM 2:52
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___RM___ DEPUTY

# United States District Court
## Southern District of California

CHARLES JOHNSON,
(Enter full name of plaintiff in this action.)

                    Plaintiff,

v.

A. FIGUEROA; T DAVIS, L. GUTERREZ,
SGT. PRECIADO; O BELL; G. STRTTON,
R. DELGADO, N. GRANNIS
L. SCRIBNER, RN ORDUNA,
(Enter full name of each defendant in this action.)

                    Defendant(s).

Civil Case No. '08 CV 1242 H JMA
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.
THIS COURT HAS JURISDICTION

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, CHARLES,
(print Plaintiff's name)
JOHNSON, who presently resides at P.O. Box 5101
(mailing address or place of confinement)
DELANO CALIF 93216, were violated by the actions
of the below named individuals. The actions were directed against Plaintiff at CALIPATRIA
STATE PRISON on (dates) 11/21/07, 12/4/07 THROUGH 1/2/08.
(institution/place where violation occurred)    (Count 1)    (Count 2)    (Count 3)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

§ 1983 SD Form
(Rev. 5/98)

K:\COMMON\EVERYONE\1983\1983FORM.COM

Defendant **A. FIGUEROA** resides in **UNKNOWN**,
(name) (County of residence)
and is employed as a **CORRECTIONAL OFFICER**. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **AS A PEACE OFFICER, THIS OFFICER FAILED TO TRANSPORT THE PLAINTIFF IN A SAFE AND TIMELY MANNER TO PHYSICAL THERAPY AND DENIED THE PLAINTIFF HEALTH CARE IN VIOLATION OF THE US. CONST 6TH, 8TH, AND 14TH AMEND.**

Defendant **T. DAVIS** resides in **UNKNOWN**,
(name) (County of residence)
and is employed as a **CORRECTIONAL OFFICER**. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **AS A PEACE OFFICER, THIS OFFICER FAILED TO TRANSPORT THE PLAINTIFF IN A SAFE AND TIMELY MANNER TO PHYSICAL THERAPY AND DENIED THE PLAINTIFF HEALTH CARE IN VIOLATION OF THE US CONST 6TH, 8TH & 14TH AMEND**

Defendant **SGT. PRECIADO** resides in **UNKNOW**,
(name) (County of residence)
and is employed as a **A SERGANT**. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **AS A PEACE OFFICER, THIS SERGANT FAILED TO TRANSPORT THE PLAINTIFF IN A SAFE MANNER TO PHYSICAL THERAPY, BUT CITED POLICY AND PROCEEDURE TO JUSTIFY HIS ACTION AND THOSE OF HIS OFFICER VIOLATING THE U.S. CONST 6TH, 8TH, & 14TH AMEND**.

Defendant **OROWNA** resides in **UNKNOWN**,
(name) (County of residence)
and is employed as a **RN**. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **THIS DEFENDANT FAILED TO PROVIDE MEDICAL ASSISTANCE AS IS REQUIRED UNDER THE ADA.**

DEFENDANT **D. BELL** IS A CORRECTIONAL COUNSELOR CCII AND, IS SUED IN AN INDIVIDUAL AND OFFICIAL CAPACITY. AS A PEACE OFFICER, THIS DEFENDANT RETALIATED AGAINST THE PLAINTIFF BY TRANSFERING HIM TO AN INSTITUTION WHERE HIS RIGHT ARE FURTHER VIOLATED.

DEFENDANT **G. STRITTON**, IS A CAPTAIN AND IS SUED IN AN INDIVIDUAL AND OFFICIAL CAPACITY. AS A PEACE OFFICER, THIS DEFENDANT RETALIATED AGAINST THE PLAINTIFF BY TRANSFERING THE PLAINTIFF TO AN INSTITUTION WHERE HIS RIGHTS ARE FURTHER VIOLATED.

DEFENDANT R. DELGADO is an associate warden and is sued in an official and individual capacity. As a peace officer this defendant retaliated against the plaintiff by transfering the the plaintiff to an institution where his rights are further violated

DEFENDANT N. GRANNIS is chief of inmate appeals branch and is sued in an official and individual capacity. As a peace officer this defendant retaliated against the plaintiff.

DEFENDANT L. SCRIBNER is the warden of Calapatria State Prison and retaliated against the plaintiff by transfering him to another prison where his rights are further denied.

//

//

//

C. Causes of Action (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: THE DEFENDANTS DENIED THE PLAINTIFF THE RIGHT TO MEDICAL CARE.
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 1.]

THE PLAINTIFF IS HEMIPLEGIC, WITH PARALYSIS IN RIGHT SHOULDER, ARM AND HAND. WHICH CAUSED THE USE OF WAISTCHAINS DURING TRANSPORT TO PHYSICAL THERAPY APPOINTMENTS. THE DEFENDANTS HERE REFUSED TO FOLLOW THE ESTABLISHED POLICY. AND ORDERED THE PLAINTIFF TO SUBMITT TO HAND CUFFS. WHEN HE ATTEMPTED TO EXPLAIN TO THE DEFENDANTS THAT WAIST CHAINS WERE ORDERED TO BE USED ON THE PLAINTIFF WHICH WAS ORDERED ON 12/5/07 AND DECLARED BY PHYSICAIN TO BE PERMANENT. THE DEFENDANTS REFUSED TO REASONABLE ACCOMODATION. IN AN EFFORT TO PARTICIPATE IN PHYSICAL THERAPY, THE PLAINTIFF SUBMITTED TO HAND CUFFS WHICH WAS SO PAINFULL THAT THEY HAD TO BE REMOVED AS A RESULT THE DEFENDANTS A. FIGUERROA AND T. DAVIS TOLD THE PLAINTIFF THAT IF HE DID NOT SUBMITT TO HAND CUFFS THEN IT WOULD BE CONSIDERED A REFUSAL. THE PLAINTIFF ATTEMPTED TO OBTAIN THE ASSISTANCE OF SERGENT PRECIADO, WHO SUPPORTED HIS OFFICERS AND THE PLAINTIFF WAS DENIED MEDICAL TREATMENT. AND WHEN THE PLAINTIFF NOTIFIED THE DEFENDANT WARDEN L. SCRIBNER; N. GRANNIS CHIEF INMATE APPEALS BRANCH; R. DELGADO ASSOCIATE WARDEN OF THE GENERAL POPULATION; G. STRATTON CAPTAIN, AND COUNSELOR O. BELL ABOUT THE UNCONSTITUTIONAL VIOLATIONS THEY TO REFUSED TO ASSIST THE PLAINTIFF EVEN-THOUGH THEY KNEW AND HAD AUTHORITY TO PREVENT IT (THIS TREATMENT WENT ON FROM 11/21/07, 12/4/07, 12/5/07, 12/6/07 THROUGH JANUARY 2, 2008) ON APPEAL UNDER THE PROVISION'S OF THE AMERICAN'S WITH DISABILITIES ACT (ADA) THE APPEAL WAS GRANTED.

Count 2: The following civil right has been violated: __THE DEFENDANTS VIOLATED THE__
__RIGHT TO BE FREE FROM AN UNCONSTITUTIONAL RETALIATION__
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

WHEN THE ADA APPEAL WAS GRANTED ON DECEMBER 20, 2007 THE DEFENDANTS RETALIATED BY NOT ONLY DENYING THE PLAINTIFF MEDICAL CARE BUT BY TRANSFERING THE PLAINTIFF TO DELANO'S KERN VALLEY STATE PRISON THE DEFENDANTS R. DELGADO, G. STRATTON, AND D. BELL AFFERMATIVELY TOLD THE PLAINTIFF THAT HE WAS GOING TO BE SOMEONE ELSE'S PROBLEM. THESE DEFENDANTS ARE MEMBERS OF THE PRISON CLASSIFICATION COMMITTEE AND TRANSFER PRISONERS AS THEY PLEASE OR WHEN IT FITS THERE PURPOSE HERE THE TRANSFERE WAS CLEARLY RETALITORY IT SERVED NO PENOLOGICAL JUSTIFICATION; ONLY THAT TO RELEAVE THE DEFENDANT'S OF THE CONSTITUTIONAL DUTY TO PROVIDE THE PLAINTIFF WITH TRANSPORTATION TO AND FROM PHYSICAL THERAPY.

Count 3: The following civil right has been violated: _____

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

THE DEFENDANTS VIOLATED THE RIGHT TO BE FREE FROM CRUEL & UNUSUAL PUNISHMENT

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 3.]

THE PLAINTIFF HAS HAD A STROK, AND IS HEMIPLEGIC, REQUIRED TO BE ON THE GROUND FLOOR, BOTTOM BUNK, WHEELCHAIR, A 4 LEG CANE, AN EXTRA MATTRESS, AN ATTENDANT TO ASSIST WITH MEALS AND OTHER MOVEMENT, A TRANSPORT VEHICLE WITH A LIFT, AND WAIST CHAINS. THESE DEFENDANTS PLACING HANDCUFFS ON THIS PLAINTIFF CAUSED EXTREM PAIN AND SUFFERING AND SERVED NO PENALOGICAL PURPOSE, AND RESULTED IN THE PLAINTIFF MISSING VITAL REHABILITATION THERAPY APPOINTMENTS AND HAS PROLONGD THE LOSS OF THE USE OF HIS RIGHT SIDE. EACH OF THESE DEFENDANTS WERE DELIBERATLY INDIFFERENT TO THE PLAINTIFFS SERIOUS MEDICAL NEEDS WHICH WERE APPARENT ON IT'S FACE.

D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts

involved in this case? ☒ Yes ☐ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: __CHARLES JOHNSON__

Defendants: __SAME AS ABOVE__

(b) Name of the court and docket number: __THE VICTIM COMPENSATION AND GOVERN-MENT CLAIMS BOARD~~~~~ #G573211__

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] __REJECTED.__

(d) Issues raised: __SAME AS ABOVE.__

(e) Approximate date case was filed: __ON OR ABOUT 2/7/08__
(f) Approximate date of disposition: __APRIL 22, 2008__

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.]? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.
__A STATE OF CALIFORNIA REASONABLE MODIFICATION OR ACCOMMO-DATION REQUEST CDC 1824 UNDER THE AMERICAN WITH DISABILITIES ACT (ADA) WAS FILED AND GRANTED IN FULL__

### E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): FROM DENYING THE PLAINTIFF MEDICAL TREATMENT, INCLUDING BUT NOT LIMITED TO PHYSICAL THERAPY, TRANSPORTATION TO & FROM, AND PREVENT THE DEFENDANTS FROM HARRASING, INTIMIDATING, PUNISHING, OR RETALIATING.

2. Damages in the sum of $ 50,000

3. Punitive damages in the sum of $ 25,000

4. Other: A TOTLE AMOUNT OF $75,000, AND NOMINAL DAMAGES, AND OTHER DAMAGES THE COURT MAY DEEM JUST. TO INCLUED THE INJUNCTION: TO APPLY TO THE CURRENT INSTITUTION IN WHICH THE PLAINTIFF IS HOUSED AND REMAIN ONGOING.

### F. Demand for Jury Trial

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

### G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

7-2-08
Date

Charles Johnson
Signature of Plaintiff

§ 1983 SD Form (Rev. 5/98)

7

K:\COMMON\EVERYONE\1983\1983FORM.COM

# FORM E

## Proof of Service by Mail

[Case Name and Court Number]

I declare that:

I am a resident of ~~the~~ CALIFORNIA in the county of DELANO, California. I am over the age of 18 years. My residence address is:

P.O. BOX 5101

On 6/26/08, I served the attached 42 U.S.C. § 1983 on the COURT in said case by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully paid, in the United States mail at DELANO CALIF addressed as follows:

CLERK OF U.S. DISTRICT COURT, ROOM 4290, 880 FRONT STREET SAN DIEGO, CA 92101-8900

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on 6/26/08 [date], at DELANO, California.

CHARLES JOHNSON
[Type or Print Name]

Charles Johnson
[Signature]

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**
Charles Johnson

**DEFENDANTS**
Figueroa, et al

FILING FEE PAID: Yes ☐ No ☒
IFP MOTION FILED: Yes ☐ No ☒
COPIES SENT TO: Court ☐ Pro Se ☐

2254 ☐   1983 ☒

FILED 2008 JUL 11 PM 2:51
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Kern
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Charles Johnson
PO Box 5101
Delano, CA 93216
H-54577

**ATTORNEYS (IF KNOWN)**

'08 CV 1242 H JMA

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)** (For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 U.S.C. 1983

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**
☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23
DEMAND $
Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE    Docket Number

DATE July 11, 2008

SIGNATURE OF ATTORNEY OF RECORD
R. Miller