CHARLES JOHNSON
PLAINTIFF/PETITIONER/MOVANT'S NAME
H-54577
PRISON NUMBER
KERN VALLY STATE PRISON
P.O. BOX 5101
PLACE OF CONFINEMENT
DELANO CALIF 93216
ADDRESS

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 2 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED
2008 SEP -5 PM 2: 46
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**NUNC PRO TUNC**
SEP - 4 2008

# United States District Court
## Southern District Of California

CHARLES JOHNSON,
Plaintiff/Petitioner/Movant

v.

A. FIGUEROA, et al.,
Defendant/Respondent

Civil No. 08-1242 H (JMA)
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, CHARLES JOHNSON, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration KERN VALLY STATE PRISON
   Are you employed at the institution?   ☐ Yes ☒ No
   Do you receive any payment from the institution?  ☐ Yes ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 4/06)       C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

2. Are you currently employed?  ☐ Yes  ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. __N/A__

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __N/A__

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes  ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance            ☐ Yes  ☒ No
   d. Disability or workers compensation               ☐ Yes  ☒ No
   e. Social Security, disability or other welfare     ☐ Yes  ☒ No
   e. Gifts or inheritances                            ☐ Yes  ☒ No
   f. Spousal or child support                         ☐ Yes  ☒ No
   g. Any other sources                                ☐ Yes  ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. __N/A__

4. Do you have any checking account(s)?  ☐ Yes  ☒ No
   a. Name(s) and address(es) of bank(s): __N/A__
   b. Present balance in account(s): __N/A__

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?  ☐ Yes  ☒ No
   a. Name(s) and address(es) of bank(s): __N/A__
   b. Present balance in account(s): __N/A__

6. Do you own an automobile or other motor vehicle?  ☐ Yes  ☒ No
   a. Make: __N/A__    Year: __N/A__    Model: __N/A__
   b. Is it financed? ☐ Yes  ☐ No  N/A
   c. If so, what is the amount owed? __N/A__

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. N/A

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. N/A

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): N/A

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): N/A

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. I AM CURRENTLY INCARCERATED AND THE STATE IS TAKING CARE OF MY DAY-TO-DAY EXPENSES WHICH KERN VALLY STATE PRISON IS VIOLATING AS WELL

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

8-3-08
DATE

Charles Johnson
SIGNATURE OF APPLICANT

* If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement</u>.

## PRISON CERTIFICATE
(**Incarcerated applicants only**)
(To be completed by the institution of incarceration)

I certify that the applicant  _Johnson, Charles H54577_
(NAME OF INMATE)

_H54577_
(INMATE'S CDC NUMBER)

has the sum of $ _0_ on account to his/her credit at _Kern Valley State Prison_
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _N/a_

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ _2.71_,

and the *average monthly deposits* to the applicant's account was $ _16.87_.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

_8/12/08_
DATE

_[signature]_
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

_Vicki P. Scruggs_
OFFICER'S FULL NAME (PRINTED)

_Acct. Tech_
OFFICER'S TITLE/RANK

CIV-67 (Rev. 4/06)    C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic *denial of* the prisoner's request to proceed in forma pauperis.)

I, __CHARLES JOHNSON_____, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☒ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

__8-3-08__             __Charles Johnson__
DATE                SIGNATURE OF PRISONER

CIV-67 (Rev. 4/06)     5     C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

```
REPORT ID: TS3030 .701                              REPORT DATE: 08/07/08
                                                    PAGE NO:         1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                             KERN VALLEY STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: FEB. 01, 2008 THRU AUG. 07, 2008

ACCOUNT NUMBER  : H54577              BED/CELL NUMBER: FAB800000000111W
ACCOUNT NAME    : JOHNSON, CHARLES    ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
----  ----  -----------    -------    ---------  --------  -----------  -------

02/01/2008  BEGINNING BALANCE                                              0.00

03/19 D320  TRUST FUNDS T  1500/CAL              12.01                    12.01
04/14*DD30  CASH DEPOSIT   1645/MR               56.25                    68.26
04/15 FC01  DRAW-FAC 1     1652/FA3D                         68.26         0.00
04/30 FR01  CANTEEN RETUR  701732                             4.26-        4.26
05/19 FC01  DRAW-FAC 1     1868/FA3D                          4.26         0.00
07/10*DD30  CASH DEPOSIT   0067/MR               45.00                    45.00
07/21 FC01  DRAW-FAC 1     0120/FA3D                         45.00         0.00


                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 11/05/92                CASE NUMBER: CR43804
COUNTY CODE: RIV                        FINE AMOUNT: $ 10,000.00

  DATE      TRANS.   DESCRIPTION                 TRANS. AMT.    BALANCE
  ----      ------   -----------                 -----------    -------

02/01/2008  BEGINNING BALANCE                                   7,724.37

04/14/08    DR30    REST DED-CASH DEPOSIT          62.50-       7,661.87
07/10/08    DR30    REST DED-CASH DEPOSIT          50.00-       7,611.87

  * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
  * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                              TRUST ACCOUNT SUMMARY

BEGINNING   TOTAL       TOTAL        CURRENT    HOLDS      TRANSACTIONS
BALANCE     DEPOSITS    WITHDRAWALS  BALANCE    BALANCE    TO BE POSTED
---------   --------    -----------  -------    -------    ------------
  0.00      113.26      113.26       0.00       0.00           0.00


                                                CURRENT
                                                AVAILABLE
                                                BALANCE
                                                ---------
                                                  0.00
```

THE WITHIN INSTRUMENT IS A CORRECT [...] THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
BY [signature]
TRUST OFFICE

REPORT ID: TS3030 .701　　　　　　　　　　　　　　　　　　　　　　REPORT DATE: 08/12/08
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PAGE NO:       1
　　　　　　　　　CALIFORNIA DEPARTMENT OF CORRECTIONS
　　　　　　　　　　　　　　CALIPATRIA STATE PRISON
　　　　　　　　　　　　INMATE TRUST ACCOUNTING SYSTEM
　　　　　　　　　　　　INMATE TRUST ACCOUNT STATEMENT

　　　　　　　FOR THE PERIOD: FEB. 01, 2008 THRU AUG. 12, 2008

ACCOUNT NUMBER : H54577　　　　　　　　　　BED/CELL NUMBER:
ACCOUNT NAME   : JOHNSON, CHARLES　　　　　 ACCOUNT TYPE: T
PRIVILEGE GROUP:

　　　　　　　　　　　　TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 02/01/2008 | | BEGINNING BALANCE | | | | | 64.95 |
| 02/01 | W501 | SHIPPING CHAR | FEDEX 4360 | | | 7.44 | 57.51 |
| 02/25 | W515 | COPY CHARGE | 02/25 4838 | | | 0.50 | 57.01 |
| 02/25 | FC05 | DRAW-FAC 5 | INF 4868 | | | 57.01 | 0.00 |
| 03/03 | FR01 | CANTEEN RETUR | 704992 | | | 12.01- | 12.01 |
| 03/11 | W610 | TRANSFER OF T | KVSP 5241 | 111089008 | | 12.01 | 0.00 |

　　　　　　　　　　　　TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 64.95 | 0.00 | 64.95 | 0.00 | 0.00 | 0.00 |

　　　　　　　　　　　　　　　　　　　　　　CURRENT
　　　　　　　　　　　　　　　　　　　　　 AVAILABLE
　　　　　　　　　　　　　　　　　　　　　　BALANCE
　　　　　　　　　　　　　　　　　　　　　　　0.00

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
        TRUST OFFICE