UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JOHNSON,<br><br>                               Plaintiff,<br><br>       v.<br><br>A. FIGUEROA et al.,<br><br>                               Defendants. | Civil No.   08-cv-1242-POR (JMA)<br><br>**ORDER CONTINUING STATUS CONFERENCE** |

The Court held a Status Conference on October 26, 2011.  Appearing were: Plaintiff Charles Johnson, and Sylvie Snyder, Esq., counsel for Defendants.  This matter has been submitted to the Court's Plan for the Representation of Pro Se Litigants in Civil Cases.  However, pro bono counsel has not had the opportunity to respond.  Based thereon and good cause appearing, IT IS HEREBY ORDERED that the Status Conference shall be continued to **November 22, 2011** at **1:30 p.m.**  The conference shall be <u>telephonic</u>, with Plaintiff and Defendants' counsel only.  The parties shall call into the Court's conferencing system:

```
Conference number:   1 (888) 684-8852
Access code:         7923839
Passcode:            1354
```

DATED:  October 31, 2011

_____
LOUISA S PORTER
United States Magistrate Judge

cc:     The Honorable Jan Adler
        All parties

- 1 -                                                      08-cv-1242-POR (JMA)